# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CUNZHU ZHENG, et al., | Civil Case No.: 2:10-cv-09824-AHM (Ex) |
| Plaintiffs, | ORDER OF DISMISSAL WITH PREJUDICE |
| vs. | |
| ERIC H. HOLDER, JR., U.S. Attorney General, *et al.* | BEFORE THE HONORABLE A. HOWARD MATZ |
| Defendants. | |

This matter comes before the Court on the parties' Joint Stipulation of Dismissal with Prejudice.

IT IS ORDERED that this case is dismissed with prejudice, with each party to pay all of their own costs and fees.

Dated: September 30, 2011

_____
The Honorable A. HOWARD MATZ
United States District Judge

**JS-6**

Order of Dismissal with Prejudice
Case no. 2:10-cv-9824-AHM